

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Southside Partners,        * From the 35th District Court
      of Brown County,
      Trial Court No. CV1408293.

Vs. No. 11-16-00346-CV        * December 21, 2018

Collazo Enterprises, LLC,        * Memorandum Opinion by Simmons, F.J.
      (Panel consists of: Bailey, C.J.;
      Simmons, F.J., sitting by assignment;
      and Wright, S.C.J., sitting
      by assignment)
      (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Southside Partners.